IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02741-BNB

LOUIS A. ROMERO,

    Applicant,

v.

PEOPLE OF THE STATE OF COLORADO,

    Respondent.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 0 5 2011

GREGORY C. LANGHAM
CLERK

---

### ORDER OF DISMISSAL

---

    Applicant, Louis A. Romero, initiated this action by filing *pro se* a letter to the
Court seeking to challenge the validity of his sentence and a motion for appointment of
counsel. In an order filed on November 15, 2010, Magistrate Judge Boyd N. Boland
directed Mr. Romero to cure certain deficiencies if he wished to pursue his claims.
Specifically, Magistrate Judge Boland ordered Mr. Romero to file an application for a
writ of habeas corpus on the proper form and either to pay the filing fee or to file a
properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28
U.S.C. § 1915. Mr. Romero was warned that the action would be dismissed without
further notice if he failed to cure the deficiencies within thirty days.

    Mr. Romero has failed to cure the deficiencies within the time allowed and he has
failed to respond in any way to Magistrate Judge Boland's November 15 order.
Therefore, the action will be dismissed without prejudice for failure to cure the
deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Applicant failed to cure the deficiencies as directed.  It is

FURTHER ORDERED that no certificate of appealability will issue because Applicant has not made a substantial showing of the denial of a constitutional right.

DATED at Denver, Colorado, this __4th__ day of ____January_____, 2011.

BY THE COURT:


__s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  10-cv-02741-BNB

Louis A. Romero
Prisoner No. 113017
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807


I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on January 5, 2011.


GREGORY C. LANGHAM, CLERK


By:_____
                 Deputy Clerk